IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAYLE J. JOHNS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NORTHLAND GROUP, INC.,<br><br>　　　　　　Defendant. | CIVIL ACTION<br>NO. 14-2947 |

## ORDER

**AND NOW**, this 31st day of December 2014, upon consideration of the Complaint (Doc. No. 1, Ex. A), Defendant's Motion to Dismiss the Complaint (Doc. No. 6), and Plaintiff's Response (Doc. No. 7), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss the Complaint (Doc. No. 6) is **GRANTED**. It is further **ORDERED** that Plaintiff is granted leave to amend her Complaint only in regard to the nature of the debts at issue and the offensive phone calls. It is further **ORDERED** that the Amended Complaint must be filed by January 20, 2015.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.